IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:16-CV-401

| | | |
|---|---|---|
| BARBARA SCOTT and STANLEY SCOTT, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| SREE-LUMBERTON, LLC SREE-LUMBERTON SPE, INC., SREE HOTELS, LLC, HOLIDAY HOSPITALITY FRANCHISING, LLC and INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., | ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) ) | |

Upon consideration of the Motion to Stay Discovery [D.E. 37] filed by Defendants Holiday Hospitality Franchising, LLC ("HHFL") and InterContinental Hotels Group Resources, Inc. ("IHGR"), with the consent of Defendants SREE-Lumberton, LLC, SREE-Lumberton SPE, Inc., and SREE Hotels, LLC, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED as follows:

(i) In accordance with the alternative schedule provided in the Joint Rule 26(f) Report filed by the parties on March 20, 2017 [D.E. 40, p. 2], discovery in this matter is stayed until fourteen (14) days after the Court files its order ruling on HHFL and IHGR's Motion to Dismiss [D.E. 28];

(ii) Following the Court's ruling on HHFL and IHGR's Motion to Dismiss, the Court will enter a scheduling order applicable to all parties remaining in the case that is

consistent with the alternative discovery schedule agreed to by the parties in the Joint Rule 26(f) Report filed on March 20, 2017 [D.E. 40].

This the 14 day of April, 2017.

_____